Case 13-05219    Doc 18    Filed 03/05/13    Entered 03/06/13 15:07:38    Desc Main
Document    Page 1 of 2

13-05219:3.0:Application to Proceed In Forma Pauperis:Main Document Entered: 2/12/2013 2:48:36 PM by:Charles McMullen Page 4 of 4

B3B (Official Form 3B) (11/11) -- Cont.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re: Allyson Allen
Debtor(s)

Case No. 13 - 05219

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 76.50 on or before 3/12/13

$ 76.50 on or before 4/12/13

$ 76.50 on or before 5/12/13

$ 76.50 on or before 6/12/13

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 3/5/13

BY THE COURT:
Pamela S Hollis
United States Bankruptcy Judge

13 B 05219
In re: Allyson Allen

# CERTIFICATE OF SERVICE

I, Angela Snell, certify that on _____3/15/13_____ I caused to be served copies of the foregoing document to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*(signature)*
Law Clerk

### Electronic Service through CM/ECF System

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Allan J DeMars
Spiegel & DeMars
100 W Monroe St Ste 910
Chicago, IL 60603
Trustee

### VIA FIRST CLASS MAIL

Allyson Robbin Allen
15120 Oak St
Dolton, IL 60419
Debtor